RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

ROBERT R. SCHRIVER
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY   10278
(212) 264-3650, Ext. 281
Fax: (212) 264-6372
robert.schriver@ssa.gov



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
VICTORIA BELL,                                    :
                                                  :
            Plaintiff,                            :
                                                  :   Civil Action No. 09-0037 NAM/VEB
                                                  :
      v.                                          :
                                                  :   **CONSENT ORDER FOR PAYMENT**
COMMISSIONER OF                                   :   **OF ATTORNEY FEES UNDER EAJA**
SOCIAL SECURITY,                                  :
                                                  :
            Defendant.                            :
-------------------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of seven thousand five hundred dollars and no cents ($7,500.00), in fees in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA,

    AND, the Court having reviewed the record in this matter;

IT IS on this 20th day of August, 2010;

ORDERED that plaintiff be awarded fees and costs under EAJA in the amount of seven thousand five hundred dollars and no cents ($7,500.00) in fees, that payment may be paid to plaintiff's counsel if plaintiff has executed a valid assignment and plaintiff owes no debt to the federal government that is subject to offset, and it is further

ORDERED that the within matter is dismissed with prejudice.

_____
HON. NORMAN A. MORDUE
Chief United States District Judge

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By:   /s/ Robert R. Schriver
Robert R. Schriver
Special Assistant U.S. Attorney
Bar Roll No. 515977
Attorney for Defendant


Olinsky, Shurtliff Law Firm

/s/ Jaya Shurtliff
By:   _____
Jaya Shurtliff, Esq.
Bar Roll No. 511422
Attorney for Plaintiff