# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

**Victoria Bell**

vs.                                    **CASE NUMBER: 5:09-CV-37 (NAM/VEB)**

**Michael J. Astrue, Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That upon Stipulation of the parties, Plaintiff is awarded Attorney Fees and Costs under the Equal Access to Justice Act, 28 USC section 2412, in the amount of $7,500.00.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 20th day of August, 2010.

DATED: August 25, 2010

Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk